UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

KELLY A. HUMPHREYS-CREELY                    CIVIL ACTION

VERSUS                                       NO:  05-6075-MLCF-SS

FIDELITY NATIONAL PROPERTY, et al

### REPORT AND RECOMMENDATION

This matter was referred to the undersigned.  Rec. doc. 22.  The plaintiff, Kelly A. Humphreys Creely, filed a class action complaint on her own behalf, individually and on behalf of others similarly situated.  The plaintiff alleged:  (1) an offer by the defendant, Fidelity National Property and Casualty Insurance Company ("Fidelity"), to increase the limits of plaintiff's flood insurance policy at the time of its renewal and prior to Hurricane Katrina; (2) plaintiff's acceptance of the offer; (3) Fidelity's failure to increase the coverage; and (4) its failure to notify plaintiff of said action.

After discovery and plaintiff's investigation, the parties stipulated that the number of parties potentially affected under the class definition contained in the class action complaint did not meet the numerosity requirement of Fed. R. Civ. P. 23, as only five persons, including plaintiff, were affected by the circumstances set forth in the complaint.  See Joint Consent Stipulation.

A settlement conference was held on December 12, 2006.  Rec. doc. 21.  All parties to this action have firmly agreed upon a compromise as to the plaintiff's claims and the claims of the other four persons.

Accordingly, IT IS RECOMMENDED that:

1. The plaintiff's action not be certified as a class action because it fails to meet the requirements of Fed. R. Civ. P. 23(a)(1).

2. The action be dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

3. The Court retain jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 7th day of March, 2007.

                                                      **SALLY SHUSHAN**
                                          **United States Magistrate Judge**