FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 28  PM 4: 53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELLY A. HUMPHREYS-CREELY | CIVIL ACTION |
| VERSUS | NO: 05-6075-MLCF-SS |
| FIDELITY NATIONAL PROPERTY, et al | |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that:

1. The plaintiff's action is not certified as a class action because it fails to meet the requirements of Fed. R. Civ. P. 23(a)(1).

2. The action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 28th day of March, 2007.

                                                                                  /s/ Martin L. C. Feldman
                                                                                  UNITED STATES DISTRICT JUDGE